**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01253-RPM-MJW

STACY SCOTT,

    Plaintiff,

v.

R.M. GALICIA, INC., a California corporation,
d/b/a PROGRESSIVE MANAGEMENT SYSTEMS,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                        BY THE COURT:

June 11, 2013                s/Richard P. Matsch
_____     _____
DATE                           Richard P. Matsch, Senior Judge